UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 1 6 2007
16
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Willie Winters
#20070039145

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6506
JUDGE KENDALL
MAG. JUDGE BROWN

vs.

C.P.D of Chicago
Police Officer
W.W ~~Dorthy Brown~~ P.Omar
W.W ~~#49784~~ #18972

Case No: 07C5198
(To be supplied by the Clerk of this Court)

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓       COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

___     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

___     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.      Plaintiff(s):

Revised: 7/20/05

I. **Plaintiff(s):**

   A. Name: **WilliE WiNtEk**

   B. Date of Birth: **4/24/60**

   C. List all aliases: **NoNE**

   D. Prisoner identification number: **#20070039145**

   E. Place of present confinement: **Cook CouNty JAil**

   F. Address: **P.O Box 089002 chicago, Ill, 60608-9002**
   SECOND AddRESS **3630 W-CreNShaw St. Chicago, Ill, 60624 HoME of Willie WiNtErs**

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: **P.O. mar #13972**

      Title: **Police officer of chicago, Ill,**

      Place of Employment: **1132 S. Homan chicago, Ill,**

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 07C5198

B. Approximate date of filing lawsuit: July 18, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: C.P.D of Chicago. Police officer P. Omar ~~w.w.~~ ~~of the 1132 S.~~ #18972 Homan Chicago, Ill, Cook County

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County Circuit Court

F. Name of judge to whom case was assigned: William J. Hibbler

G. Basic claim made: False Arrest and testimony

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

**V.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 28, 2007, I was ARRESTED AND CHARGED with POSSESSION OF A controlled substance called herion. The ARResting officer testified that I had tried to sell to him .6 GRAMS OF HERION AND that I still had in my POSSESSION .2 GRAMS OF HERION. Both of these statements are FALSE. UPON MY BOOKING AT the Police Station I felt severe chest pains. These chest pains escalated to A Heart attack which the turn key noted and told the SARGENT on Duty. The SARGENT NOW ANGRY told me that if I requested to go to the Hospital that my sister whom is employed by the city of Chicago would loose her job. Because I was driving her car and her uniform was in the back seat. My sister her keys and when she retrieved her car it had been vandilized.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.  Relief:**

VI.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to compensate me and my sister the pain, and suffering of the Heart Attack Also for Cook County Jail for Refusing inital treatment. This lead to loss of employment for a total of two months. I am asking the court to award me $650,000

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  10  day of  11 , 20 07

_____
(Signature of plaintiff or plaintiffs)

Willie Winters
(Print name)

#20070039145
(I.D. Number)

Cook County Jail P.O. Box 089002, Chicago, IL 60608-9002. And/or 3630 W. Grenshaw, Chicago, IL 60624
(Address)

6