CAT#

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

07CV6506
JUDGE KENDALL
MAG. JUDGE BROWN

**Plaintiff(s):** WILLIE WINTERS

**Defendant(s):** P.O. MAR, etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Willie Winters
#2007-0039145
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
JN
NOV 1 6 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** Maya Burke

**Date:** 11/16/07