CH

FILED
DEC 19 2007
Dec 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Willie Winters__
Plaintiff

v.

__C.P.D. of Chicago Police Officer P.O. Mar 18972__
Defendant(s)

CASE NUMBER __07C 6506__

JUDGE __KENDALL__

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Willie Winters__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☐No   (If "No," go to Question 2)
   I.D. # __2007x239 45__   Name of prison or jail: __Cook County Jail__
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __None__
   Name and address of employer: __N/A__

   a. If the answer is "No":
      Date of last employment: __7-24-2004__
      Monthly salary or wages: __$60,000__
      Name and address of last employer: __Merchandise Market Kennedy Gould Lake and Wells in Chicago, Ill.__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                              ☐Yes   ☒No
      Amount __None__          Received by __N/A__

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount  NONE            Received by       N/A

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount  NONE            Received by       N/A

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes   ☒No
Amount  NONE            Received by       N/A

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount  NONE            Received by       N/A

f. ☐ Any other sources (state source: N/A )   ☐Yes   ☒No
Amount  NONE            Received by       N/A

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☐No   Total amount: NONE
In whose name held: NONE           Relationship to you: N/A

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property: NONE            Current Value: N/A
In whose name held: N/A           Relationship to you: N/A

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☐No
Address of property: N/A
Type of property: N/A            Current value: N/A
In whose name held: N/A           Relationship to you: N/A
Amount of monthly mortgage or loan payments: N/A
Name of person making payments: N/A

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes   ☒No
Property: N/A
Current value: N/A
In whose name held: N/A           Relationship to you: N/A

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
NONE

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12-18-2007

_Willie Winters_
Signature of Applicant

_WILLIE WINTERS_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Willie Winters I.D.# 20070039146, has the sum of $ 1.52 on account to his/her credit at (name of institution) Cook County Jail.
I further certify that the applicant has the following securities to his/her credit: ———. I further certify that during the past six months the applicant's average monthly deposit was $ 77.50.
(Add all deposits from all sources and then divide by number of months).

12-14-07
DATE

_Brian Carey_
SIGNATURE OF AUTHORIZED OFFICER

Brian Carey
(Print name)

rev. 10/10/2007



**TRANSACTION REPORT**
Print Date: 12/14/2007

Inmate Name: WINTERS, WILLIE    Balance: $1.52
Inmate Number: 20070039145
Inmate DOB: 4/24/1960

| Stamp | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/12/2007 | ORDER DEBIT | -28.52 | 1.52 |
| 12/08/2007 | RETURN CREDIT | 16.89 | 30.04 |
| 12/04/2007 | ORDER DEBIT | -16.89 | 13.15 |
| 12/04/2007 | CREDIT | 30.00 | 30.04 |
| 11/28/2007 | ORDER DEBIT | -4.70 | 0.04 |
| 11/18/2007 | ORDER DEBIT | -33.62 | 4.74 |
| 11/13/2007 | ORDER DEBIT | -13.75 | 38.36 |
| 11/08/2007 | CREDIT | 30.00 | 52.11 |
| 11/07/2007 | ORDER DEBIT | -26.68 | 22.11 |
| 10/31/2007 | ORDER DEBIT | -21.17 | 48.79 |
| 10/24/2007 | ORDER DEBIT | -16.94 | 69.96 |
| 10/18/2007 | CREDIT | 20.00 | 86.90 |
| 10/18/2007 | CREDIT | 20.00 | 66.90 |
| 10/17/2007 | ORDER DEBIT | -59.36 | 46.90 |
| 10/11/2007 | CREDIT | 105.00 | 106.26 |
| 10/11/2007 | ORDER DEBIT | -2.15 | 1.26 |
| 09/19/2007 | ORDER DEBIT | -46.78 | 3.41 |
| 09/17/2007 | CREDIT | 50.00 | 50.19 |
| 08/29/2007 | ORDER DEBIT | -58.22 | 0.19 |
| 08/22/2007 | CREDIT | 40.00 | 58.41 |
| 08/18/2007 | RETURN CREDIT | 16.88 | 18.41 |
| 08/15/2007 | ORDER DEBIT | -16.88 | 1.53 |
| 08/09/2007 | ORDER DEBIT | -31.64 | 18.41 |
| 08/07/2007 | CREDIT | 50.00 | 50.05 |
| 08/02/2007 | ORDER DEBIT | -30.36 | 0.05 |
| 08/02/2007 | CREDIT | 30.00 | 30.41 |
| 07/25/2007 | ORDER DEBIT | -3.56 | 0.41 |
| 07/19/2007 | ORDER DEBIT | -26.65 | 3.97 |
| 07/13/2007 | CREDIT | 30.00 | 30.62 |
| 07/12/2007 | ORDER DEBIT | -10.51 | 0.62 |
| 06/29/2007 | RETURN CREDIT | 3.98 | 11.13 |
| 06/28/2007 | ORDER DEBIT | -23.44 | 7.15 |
| 06/27/2007 | CREDIT | 30.00 | 30.59 |
| 06/21/2007 | ORDER DEBIT | -30.05 | 0.59 |
| 06/18/2007 | CREDIT | 30.00 | 30.64 |
| 06/14/2007 | ORDER DEBIT | -44.60 | 0.64 |
| 06/07/2007 | ORDER DEBIT | -44.76 | 45.24 |