# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6506 | **DATE** | January 4, 2008 |
| **CASE TITLE** | Willie Winters (#2007-0039145) v. Officer Mar | | |

**DOCKET ENTRY TEXT:**

Upon being informed of Plaintiff's death, it is ordered that Plaintiff's successors or personal representative, in order to proceed with this case, file a motion for substitution pursuant to Fed. R. Civ. P. 25(a)(1). If no such motion is filed within ninety days, the complaint will be dismissed with prejudice. The Clerk is directed to mail a copy of this order to Plaintiff's wife, Wanda Winters at 3630 W. Crenshaw, Chicago, IL 60624, and to the Cook County Jail for inclusion in Plaintiff's master file.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

Plaintiff, Willie Winter (#2007-0039145), formerly incarcerated Cook County Jail brought this civil rights action pursuant to 42 U.S.C. § 1983 against Officer Mar alleging that the defendant either falsely arrested Plaintiff or refused to provide medical assistance for Plaintiff when he suffered a heart attack following his arrest.

Unfortunately, on January 3, 2008, Plaintiff's wife informed the Court that Plaintiff has died while at the Cook County Jail. In light of the suggestion of Plaintiff's death, his successor(s) or personal representative must file a motion for substitution within ninety days, should they desire to continue litigating this matter. Failure to file such a motion within the prescribed time period will result in summary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 25(a)(1).

The Court therefore orders Plaintiff's successors or personal representative, in order to proceed with this case, to file a motion for substitution. If no such motion is filed within ninety days, the complaint will be dismissed. The Clerk is directed to mail a copy of this order to Plaintiff's wife, Wanda Winters, at 3630 W. Crenshaw, Chicago, IL 60624, and to the Cook County Jail for inclusion in Plaintiff's master file.

isk