## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6506 | **DATE** | April 21, 2008 |
| **CASE TITLE** | Willie Winters (#2007-0039145) v. Officer Mar | | |

**DOCKET ENTRY TEXT:**

Having not received a response from the Court's January 4, 2008 order, the Court dismisses this case. All pending motions are denied. The defendant is dismissed from this action.

Docketing to mail notices.

isk